UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL ESPINOZA SANCHEZ, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

THE BROTHER'S CONTRACTOR, INC., and MAGNO VELESACA, as an individual,

                Defendants.

**ORDER**

20-CV-10875 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Upon review of the docket in this matter, the Clerk of the Court issued two Certificates of Default—one associated with each Defendant in this action—in May 2021. (Doc. 12; Doc. 14).

    Accordingly, by October 1, 2021, Plaintiff shall either: (1) seek a default judgment in accordance with this Court's Individual Practices; or (2) voluntarily discontinue this action. In the event that Plaintiff fails to take either action, this proceeding will be dismissed without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

                                        SO ORDERED:

Dated:  White Plains, New York
           August 31, 2021

                                        _____
                                        PHILIP M. HALPERN
                                        United States District Judge