UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MANUEL ESPINOZA SANCHEZ,

                          Plaintiff,                        **PROPOSED DEFAULT**
   -against-                                           **JUDGMENT**

THE BROTHER'S CONTRACTOR, INC., and MAGNO
VELESACA, as an individual,                         20-cv-10875 (PMH)

                        Defendants.
------------------------------------------------------------------------X

      This action was commenced pursuant to the filing of the Summons and Complaint on December 23, 2020. The Summons and Complaint were served on each of the Defendants as follows:

1. On January 7, 2021, true and correct copies of the Summons and Complaint were served on Defendant, THE BROTHER'S CONTRACTOR, INC., at the Defendant's principle place of business located at 312 Walnut Street, Peekskill, NY 10566, and such service was accepted in hand by MAGNO VELESACA, the sole owner of the corporate Defendant authorized to accept such service on behalf of the corporate Defendant. *See* **Exhibit B**, Affidavit of Service for THE BROTHER'S CONTRACTOR, INC., sworn to January 7, 2021.

2. On January 7, 2021, true and correct copies of the Summons and Complaint were personally served on the Defendant, MAGNO VELESACA, as an individual, at the Defendant's last known regular residential address and place of abode. *See* **Exhibit C**, Affidavit of Service for MAGNO VELESACA, sworn to January 7, 2021.

3. Defendant, MAGNO VELESACA, failed to develop any information that he was in military service of the United States or of the State of New York, upon accepting

personal service of process. According to the Affidavit of Service filed on the docket in this matter, MAGNO VELESACA is not in such military service nor is the Defendant dependent upon anyone in such active military service. Moreover, according to the Affidavits of Service, MAGNO VELESACA verbally verified himself as being said individual when he accepted service of process in hand and Plaintff's process server has provided a detailed description for said individual, MAGNO VELESACA. See **Exhibit C**.

4. MAGNO VELESACA is neither an infant nor an incompetent; MAGNO VELESACA is the adult, competent owner of the Defendant corporate entity sued herein.

5. To date, the Defendants, THE BROTHER'S CONTRACTOR, INC. and MAGNO VELESACA, as an individual, both served on January 7, 2021, have failed to appear personally or through counsel in this matter, interpose an answer to the Complaint, or otherwise move with respect to the Complaint herein.

6. Defendants in this Action have been properly served and effectuated with true and correct copies of the Summons and Complaint, and are aware of the Complaint in this matter and of pendency of this action against them. However, at no point since being effectuated with service of process have Defendants attempted to retain counsel or indicated a desire to appear or otherwise defend in this action.

7. Accordingly, on May 20, 2021, Plaintiff filed a Request for a Certificate of Default for MAGNO VELESACA, as an individual, which default was duly entered by the Clerk of the Court on May 21, 2021. *See*, **Exhibit D**, Clerk's Certificate Entered for MAGNO VELESACA, as an individual, on May 21, 2021. Additionally, on May 21, 2021, Plaintiff filed a Request for a Certificate of Default for THE BROTHER'S CONTRACTOR, INC., which default was duly entered by the Clerk of the Court on May 24, 2021. *See*, **Exhibit**

**E**, Clerk's Certificate Entered for THE BROTHER'S CONTRACTOR, INC., on May 24, 2021.

8. Defendants have not retained counsel, appeared in this matter, nor responded to the complaint since the Clerk's issuance of the above-referenced Certificates of Default.

9. Defendants have each been properly served and are aware of the Complaint against them and have failed to provide a response. Accordingly, it is:

**ORDERED, ADJUDGED AND DECREED**: That Plaintiff MANUEL ESPINOZA SANCHEZ has judgment against Defendants THE BROTHER'S CONTRACTOR, INC., and MAGNO VELESACA, as an individual, jointly and severally, in the liquidated sum of **$99,100.00**, comprising $44,550.00 in unpaid overtime wages under the FLSA and the NYLL, and $44,550.00 in liquidated damages, and $10,000.00 in statutory damages for violations of NYLL 195(1)(3), with post-judgment statutory interest commencing as of the date of entry of judgment and accruing in accordance with the provisions of 28 U.S.C. § 1961.

Dated:   White Plains, New York

_____                                              _____
                                                                United States District Judge